## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **EDCV 11-02071-JVS (MLG)** | Date | November 26, 2012 |
|---|---|---|---|
| Title | Charles Boyd v. Kenneth Guilford, et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        In Chambers: Order to Show Cause

The Third Amended Complaint was filed on August 1, 2012. The Court issued summonses to Plaintiff on August 2, 2012, so that Plaintiff could effect service upon Defendants in conformity with Fed.R.Civ.P. 4(i) through the United States Marshal. As of this date, the service packets have not been sent to the Marshal for execution.

IT IS ORDERED that on or before December 14, 2012, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to take affirmative steps to serve Defendants. If Plaintiff fails to respond to this order within the time specified or fails to demonstrate good cause for the failure to take any steps to effect service, he will be deemed to consent to a dismissal of the action.

                                                                                    :
Initials of Clerk        ts