JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BOYD, | Case No. EDCV 11-2071-JVS (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| KENNETH GUILDFORD, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice pursuant to Fed. R. Civ. P. 37(b)(2).

DATED: January 7, 2015

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1